UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WALTER HUGHLEY,                                                             JUDGMENT
                                                                           08-CV- 0617 (SLT)
                                        Petitioner,

    -against-

WILLIAM BROWN,

                                        Respondent.
-----------------------------------------------------------------X

         A Memorandum and Order of Honorable Sandra L. Townes, United States

District Judge, having been filed June 23, 2010, denying the petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2254; dismissing the action; declining to issue a Certificate

of Appealability pursuant to 28 U.S.C. § 2253(c)(2); certifying pursuant to 28 U.S.C. § 1915

(a)(3) that any appeal from a judgment denying the petition would not be taken in good; and

denying *in forma pauperis* status for the purpose of any appeal; it is

         ORDERED and ADJUDGED that petitioner take nothing of the respondent; that

the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied; that the

action is dismissed; that the Court declines to issue a Certificate of Appealability pursuant to

28 U.S.C. § 2253(c)(2); that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from a judgment

denying the petition would not be taken in good faith; and that *in forma pauperis* status is

denied for the purpose of any appeal.


Dated:  Brooklyn, New York
        June 23, 2010                                        /S/
                                        _____
                                        ROBERT C. HEINEMANN
                                        Clerk of Court